IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BENTURA MARTINEZ,

        Plaintiff,　　　　　　　　　　　　　　　　ORDER

v.

                                                         09-cv-607-wmc

C.O. II P. JANUS,

        Defendants.

---

      Plaintiff is proceeding on civil rights claims alleging retaliation and a First Amendment violation. Before the court is plaintiff's motion for an extension of time to file his opposition to defendant's motion for summary judgment for 60 days or until his motion to compel discovery is resolved. On September 7, 2010, I denied plaintiff's second motion to compel discovery. He should have the documents that he needs to file his opposition materials. However, I will grant him a final extension until October 1, 2010 to file his opposition materials.

ORDER

      IT IS ORDERED that plaintiff's motion for an extension of time to file his opposition to defendant's motion for summary judgment , dkt. 34, is GRANTED IN PART: plaintiff shall file his opposition materials no later than October 1, 2010. Defendant may reply not later than October 12, 2010.

      Entered this 14th day of September, 2010.

                                          BY THE COURT:

                                          /s/

                                          STEPHEN L. CROCKER
                                          Magistrate Judge