IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BENTURA MARTINEZ,

              Plaintiff,                              ORDER

v.

                                                     09-cv-607-wmc

C.O. II P. JANUS,

              Defendants.

---

Plaintiff is proceeding on civil rights claims alleging retaliation and a First Amendment violation. On September 7, 2010, I denied plaintiff's motion to compel discovery responses. Now, he moves reconsideration.

As defendant points out in his response to plaintiff's motion, it does not appear that plaintiff received defendant's response to his motion to compel discovery. A review of the discovery requests and responses leads me to conclude that plaintiff's motion for reconsideration should be denied. Plaintiff has received the discovery responses to which he is entitled.

ORDER

IT IS ORDERED that plaintiff's motion for reconsideration of this court's order denying his motion to compel discovery, dkt. #42, is DENIED.

Entered this 24th day of September, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge