IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BENTURA MARTINEZ,

    Plaintiff,

v.

WELCOME ROSE, WILLIAM POLLARD
and C.O. II P. JANUS,

    Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-607-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying leave to proceed as to defendants Welcome Rose and William Pollard, granting defendant C.O. II P. Janus' motion for summary judgment and dismissing this case.

_____      12/21/10
Peter Oppeneer, Clerk of Court            Date